RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___EEE___ DEPUTY

**FULL NAME:** DANNA VONGAMATH
**COMMITTED NAME (if different):**
**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 1627 S. Hargrave St, Banning CA 92220
**PRISON NUMBER (if applicable):** # 2022 19176

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Danna Vongamath

PLAINTIFF,

v.

Bar Association

DEFENDANT(S).

**CASE NUMBER:** EDCV23-00364-VBF-ADS
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? __3__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   Business and Professions code
   Government code/Vehicle code
   Health and Saftey code
   Welfare and Institution code
   Corporate code
   United States code/Anti-Trust litigations.

   1.) 5:23-cv-00192-VBF-ADS
   2.) 5:22-cv-02272-VBF-ADS
   3.) 5:23-cv-00132-VBF-ADS
   4.) 5:22-cv-02179-VBF-ADS

a. Parties to this previous lawsuit:
Plaintiff DANNA VONGAMATH

Defendants Bar Association

b. Court United States District court central District of California

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: 02-24-23

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes   ☒ No

   If your answer is no, explain why not In Process

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff DANNA VONGAMATH
(print plaintiff's name)
who presently resides at 1627 S. HARGrAVe St Banning CA 92220
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
LARY D. Smith Correctional Facility
(institution/city where violation occurred)

on (date or dates) __02-24-23__, _____, _____.
                        (Claim I)              (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Bar Association__ resides or works at
   (full name of first defendant)
   __International & U.S, District of columbia__
   (full address of first defendant)
   __Attourney, Lawyer, Esquire & Trust__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   __28 U.S.C 1391(e)(b)__
   Explain how this defendant was acting under color of law:
   __18 U.S.C 241, 18 U.S.C 242 Under title 42 chap 21,(1)(1983) title 42 U.S.C (1985)__

2. Defendant __Don Kent__ resides or works at
   (full name of first defendant)
   __Lemon St, Riverside CA, 92501__
   (full address of first defendant)
   __Riverside Treasury Department & Trust__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __28 U.S.C 1391(e)(b) 18 U.S.C (241,)242, Title 42 chap 21 (1) 1983 title 42 U.S.C 1985__

3. Defendant __Paul Mcdonald__ resides or works at
   (full name of first defendant)
   __Lemon St Riverside CA, 92501__
   (full address of first defendant)
   __Riverside Treasury Department & Trust__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __28 U.S.C 1391(e)(b) 18 U.S.C 241, 242 title 42 chap 21,(1) 1983 title 42 U.S.C 1985__

4. Defendant **Amelia Diaz** resides or works at
   (full name of first defendant)
   **4095 County Cir. DR Riverside CA, 92503**
   (full address of first defendant)
   **Senior Clinical Therapist.**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **Government function. Behavioral Health Collabrotave courts. RUHealth.Org**

5. Defendant **Kevin Tran** resides or works at
   (full name of first defendant)
   **U.S, California & Texas State**
   (full address of first defendant)
   **Farmers Insurance Agent**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **28 U.S.C 1391(e)(b) 18 U.S.C 241, 18 U.S.C 242, Under title 42, 1983-1985**

D. CLAIMS*

CLAIM I

The following civil right has been violated:

First And For Most My rights as a United States Citizen HAS already been violated because I am Pleading in Hand write'ing a complaint. My United States Constitution, Bill of Rights, and Act has been Molested Magna Carter (39) Blacked Balled Discriminated By a trusted Association. That conspired with one another Who commited criminal Profiteering engaged in criminal Activity on My Family and me. Our property. Yes my civil Rights HAS been violated Prison Rape Elimination Act, Human rights. Under Model of Professional conduct & under the equal Protection clause

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

All Joint Defendent Federal & Non-Federal..... 503. Embezzlement. 28 U.S.C 1391 (e)(b) title 17 Rights of Victims. 679.026 Notic of victims bill of rights. 18 U.S.C 241 and 18 U.S.C 242 criminal liability and civil liability Title 42 Sec 1983 and 1985. (2600) rights Lost during imprisonment. civil Rights as Prisoners (2601) Right Guarantee. Causation. Anti-Trust litigation. 2810. Borrow money Ex parte Young fiction. Under color of State Law Performed Illegal Government Function. Under Imminent Danger and Great bodily injury. 347. Poisons Food/ Medication

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

All Relief Possible Pleading. Please look into my consideration. Preliminar, Injunction Relief & Compensentory Relief, Money Damages. Prayer for relief exemplary Relief, Punitive Damages. I'm also under Imminent Danger of Serious pysical Intury From Retaliation is prohibited by the first amenament Injunctive Relief

02-24-23
(Date)

(Signature of Plaintiff)



N7768